UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NORTH JERSEY SURGERY CENTER : Civil Action No. 12-06787(DMC)(JAD)
a/s/o ROSEANN DAWSON :
 v. :
 :
HORIZON BLUE CROSS BLUE SHIELD OF :
NEW JERSEY; PAINTERS DISTRICT
COUNCIL NO. 711, et. al.     **DISCLOSURE STATEMENT**

The undersigned counsel for Co-Defendant, Painters District Council No. 711 ,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_[Signature]_                                O'Brien, Belland & Bushinsky, LLC
Signature of Attorney                        Name of Firm

Steven J. Bushinsky, Esquire                 1526 Berlin Road
Print Name                                   Address

11/2/2012                                    Cherry Hill, NJ 08003
Date                                         City/State/ZIP Code