# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

NORTH JERSEY SURGERY CENTER
a/s/o R.D.,

                    Plaintiffs(s),

v.

HORIZON BLUE CROSS BLUE SHEILD
OF NEW JERSEY; PAINTERS DISTRICT
COUNCIL #711; ABC CORP. (1-10) (Said
names being fictitious and unknown
entities),

                    Defendant(s),

CIVIL ACTION NO.: 2:12-cv-6787 (DMC)

## CIVIL ACTION

## ORDER

THIS MATTER having been opened to the Court on Motion of Plaintiff, North Jersey Surgery Center a/s/o R.D. for an order allowing Plaintiff to file an Amended Complaint against Horizon Blue Cross Blue Shield of New Jersey, Inc. and Painter's District Council #711 Welfare Fund as a party defendants and the Court having read and considered the moving papers and opposition thereto; and for GOOD CAUSE having been shown;

IT IS NOW on this 6th day of August hereby,

ORDERED that Plaintiff's motion to file an Amended Complaint against Horizon Blue Cross Blue Shield of New Jersey, Inc. and Painter's District Council #711 Welfare Fund in the form annexed to the Certification of Andrew R. Bronsnick, Esq. dated June 20, 2013 as Exhibit "A", is hereby GRANTED, and it is,

Massood & Bronsnick, LLC
Attorneys at Law

FURTHER ORDERED that Plaintiff is permitted to add and include additional dates of service for Patient R.D. and the Court having read and considered the moving papers and opposition thereto; and for GOOD CAUSE having been shown;

IT IS NOW on this 6th day of _____August_____ hereby,

ORDERED that Plaintiff may include additional dates of service for Patient R.D. in the form annexed to the Certification of Andrew R. Bronsnick, Esq. dated June 20, 2013 as Exhibit "A", is hereby GRANTED, and it is,

FURTHER ORDERED that Horizon Blue Cross Blue Shield of New Jersey, Inc. and Painter's District Council #711 Welfare Fund shall file an Answer to the Amended Complaint within the time permitted by the Federal Rules.

_____
HONORABLE DENNIS M. CAVANAUGH, U.S.D.J.

Dated:  June 21, 2013
w:\wp51\majormed\north jersey surgical\dawson\motion to amend- order 6.13.13.docx

Massood & Bronsnick, LLC
Attorneys at Law