UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
500 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

October 15, 2013

**LETTER ORDER**

Re:   **North Jersey Surgery Center v. Horizon Blue Cross Blue Shield of New Jersey, et al.**
      **Civil Action No. 12-6787 (DMC)**

Dear Counsel:

As the parties are aware, the above-captioned matter has been transferred from the Honorable Joseph A. Dickson, U.S.M.J. to the undersigned.   Please be advised that a status telephone conference will be held before the undersigned in this matter on **November 4, 2013 at 10:00 A.M.**   Counsel for Plaintiff is directed to initiate the call. The parties are to submit a brief joint status letter by **October 31, 2013**.

**IT IS SO ORDERED.**

             s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**