# O'BRIEN, BELLAND & BUSHINSKY, LLC

ROBERT F. O'BRIEN (NJ, PA & DC)
MARK E. BELLAND (NJ & PA)
STEVEN J. BUSHINSKY (NJ & PA)
THOMAS F. KARPOUSIS (NJ & PA)
TIMOTHY P. HAGGERTY (NJ)
SOLEIMAN RAIE (NJ & PA)
DAVID F. WATKINS, JR. (NJ & PA)
COLIN BURKE (NJ & PA)
MARK E. POIST (NJ & PA)
JOSHUA HUMPHRIES (NJ & PA)
THEODORE Y. CHOI (NJ & PA)

ATTORNEYS AT LAW

1526 BERLIN ROAD
CHERRY HILL, NEW JERSEY 08003

(856) 795-2181
(888) 609-8300
FAX (856) 795-2182
INTERNET: WWW.OBBBLAW.COM
E-MAIL: OBBB@OBBBLAW.COM

COUNSEL TO THE FIRM
KEVIN D. JARVIS (NJ & NY)

OF COUNSEL
ALBERT M. GRETO (DE & PA)
DAVID R. THIERMAN (NJ, PA & FL)
* MASTERS OF LAW IN TAXATION

JOAN FREEDMAN MEYER (NJ & PA)
1931-2011

EMAIL: SBUSHINSKY@OBBBLAW.COM

File No.: 101711.00122

October 16, 2013

**VIA FACSIMILE 973-645-3020 ONLY**
Honorable James B. Clark, III, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07103

      Re:    **North Jersey Surgery Center a/s/o Roseann Dawson v. Horizon Blue Cross Blue Shield of New Jersey; Painters District Council No. 711, et al Docket No. L-7724-12**

Dear Judge Clark:

      Please be advised that the undersigned is counsel to Painters District Council No. 711 in the above matter. Please allow this correspondence to confirm that by consent of all parties and Chambers, the November 4th telephone status conference has been rescheduled for November 6, 2013, at 11:00 a.m.

      Respectfully submitted,

      O'BRIEN, BELLAND & BUSHINSKY, LLC

      Steven J. Bushinsky, Esquire

SJB/djh
cc:    Andrew R. Bronsnick, Esquire
      Christopher Abatemarco, Esquire
      Edward S. Wardell, Esquire

**SO ORDERED**
*s/James B. Clark*
James B. Clark, U.S.M.J.

Date: 10/16/13