**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
856-795-2181/Fax: 856-795-2182
By:   Steven J. Bushinsky, Esquire
        Mark E. Belland, Esquire

*Attorneys for Defendant, International Union of Painters and Allied Trades District Council No. 711 Health & Welfare Fund*

---

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY SURGERY CENTER a/s/o ROSEANN DAWSON,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY; PAINTERS DISTRICT COUNCIL NO. 711 WELFARE FUND; ABC CORP. (1-10) (Said names being fictitious and unknown entities).<br><br>Defendants. | Civil Action No:12-cv-06787(DMC)(JAD)<br><br>**STIPULATION VACATING DEFAULT AS TO DEFENDANT INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNSEL NO. 711 HEALTH & WELFARE FUND** |

This matter having been opened to the Court by Steven J. Bushinsky, Esquire, counsel for Defendant International Union of Painters and Allied Trades District Council No. 711 Health & Welfare Fund, and by Andrew R. Bronsnick, Esquire, Counsel for Plaintiff who stipulate, subject to the approval of the Court to

vacate the Default entered on October 8, 2013. Plaintiff consents to the withdrawal of their Application for Entry of Default filed on October 7, 2013.

**FURTHERMORE**, Defendant's Answer was filed with the Court on October 10, 2013.

| | |
|---|---|
| **MASSOOD & BRONSNICK, LLC** | **O'Brien, Belland & Bushinsky, LLC** |
| *Attorney for Plaintiff* | *Attorneys for Co-Defendant, International Union of Painters and Allied Trades District Council No. 711 Health & Welfare Fund* |
| By: [signature] | By: [signature] |
| Andrew R. Bronsnick, Esquire | Steven J. Bushinsky, Esquire |
| 50 Packanack Lake Road East | 1526 Berlin Road |
| Wayne, NJ 07470-6663 | Cherry Hill, New Jersey 08003 |
| 973-696-1900 | 856-795-2181 |
| | Fax 856-795-2182 |
| | sbushinsky@obbblaw.com |
| Dated: 10/31/13 | Dated: October 18, 2013 |

_____
James B. Clark, III, USMJ