UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
500 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

November 6, 2013

**LETTER ORDER**

Re:   **North Jersey Surgery Center v. Horizon Blue Cross Blue Shield of New Jersey, et al.**
      **Civil Action No. 12-6787 (DMC)**

Dear Counsel:

As discussed during the status telephone conference held earlier today in this matter, fact discovery is hereby set to conclude on **February 1, 2014**.  A status telephone conference shall be held before the undersigned on **February 4, 2014 at 10:30 A.M.**  Counsel for Defendant Horizon shall initiate the call.  Counsel shall be prepared to discuss any remaining discovery needs as well as proposed dates for the filing of dispositive cross-motions.

   **IT IS SO ORDERED.**

                                         s/ James B. Clark, III
                                         **JAMES B. CLARK, III**
                                         **United States Magistrate Judge**