**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By: Steven J. Bushinsky, Esquire
    Mark E. Belland, Esquire

*Attorneys for Co-Defendant, Painters District Council No. 711 Health & Welfare Fund*

| | |
|---|---|
| **NORTH JERSEY SURGERY CENTER,**<br><br>Plaintiffs,<br><br>vs.<br><br>**HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,** et al,<br><br>Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 12-6787 (DMC-JAD)<br><br>**DEFENDANT, PAINTERS DISTRICT COUNCIL NO. 711 HEALTH & WELFARE FUND'S NOTICE OF MOTION FOR LEAVE TO FILE AMENDED ANSWER, CROSS CLAIM AND SEPARATE DEFENSES TO AMENDED COMPLAINT** |

To: Andrew R. Bronsnick, Esquire
    Massood & Bronsnick, LLC
    50 Packanack Lake Road East
    Wayne, NJ 07470-6663
    *Attorneys for Plaintiff North Jersey Surgery Center*

Christopher Abatemarco, Esquire
Connell Foley, LLP
Liberty View
457 Haddonfield Road, Suite 230
Cherry Hill, NJ 08003
*Attorneys for Co-Defendant Horizon Blue Cross Blue Shield of New Jersey*

**PLEASE TAKE NOTICE** that on February 18, 2014, the undersigned attorney for Co-Defendant, Painters District Council No. 711 Health & Welfare Fund, shall move before the Honorable Dennis M. Cavanaugh, U.S.D.J., at the United States District Court for the District of New Jersey, M.L. King Jr., Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order granting Co-Defendant leave to file an Amended Answer, Cross Claim and Separate Defenses to Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, the Co-Defendant relies on the proposed Amended Answer, Cross Claim and Separate Defenses to Amended Complaint annexed to the Certification of Steven J. Bushinsky, Esquire as Exhibit "A". A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Co-Defendant Painters District Council No. 711 Health & Welfare Fund hereby requests oral argument if timely opposition is filed.

**O'BRIEN, BELLAND & BUSHINSKY, LLC**

*Attorneys for Co-Defendant, Painters District Council No. 711 Health & Welfare Fund*

By: _____
Steven J. Bushinsky, Esquire

Dated: January 22, 2014

2