**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By:   Steven J. Bushinsky, Esquire
       Mark E. Belland, Esquire

*Attorneys for Co-Defendant, Painters District Council No. 711 Health & Welfare Fund*

| | |
|---|---|
| **NORTH JERSEY SURGERY CENTER,**<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>**HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,** et al,<br><br>*Defendants.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 12-6787 (DMC-JAD)<br><br>**ORDER** |

THIS MATTER having been opened to the Court on Motion of Co-Defendant, Painters District Council No. 711 Health & Welfare Fund, for an order allowing Co-Defendant to file an Amended Answer, Cross Claim and Separate Defenses to Amended Complaint, and the Court having read and considered the moving papers and opposition thereto; and for good cause having been shown;

**IT IS ON THIS** _____ day of _____, hereby,

**ORDERED** that Co-Defendant, Painters District Council No. 711 Health &

Welfare Fund, be permitted to file an Amended Answer, Cross Claim and Separate

Defenses to Plaintiff's Amended Complaint.

—————————————————————
Honorable Dennis M. Cavanaugh, USDJ