UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| **CHAMBERS OF**<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | **U.S. COURTHOUSE**<br>500 FEDERAL SQUARE, ROOM 369<br>NEWARK, NJ 07101 |

February 4, 2014

## LETTER ORDER

Re:   **North Jersey Surgery Center v. Horizon Blue Cross Blue Shield of New Jersey, et al.**
      **Civil Action No. 12-6787 (DMC)**

Dear Counsel:

As discussed during the status telephone conference held in the above-captioned matter earlier today, fact discovery is hereby extended through **March 10, 2014**.   Additionally, the Court shall hold a status telephone conference on **March 10, 2014 at 11:30 A.M.**   Counsel for Plaintiff is directed to initiate the call.

**IT IS SO ORDERED.**

                                                                  s/ James B. Clark, III
                                                              **JAMES B. CLARK, III**
                                                             **United States Magistrate Judge**