IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY SURGERY CENTER a/s/o ROSEANN DAWSON,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY; PAINTERS DISTRICT COUNCIL NO. 711 WELFARE FUND; ABC CORP. (1-10) (Said names being fictitious and unknown entities).<br><br>Defendant(s). | CIVIL ACTION NO.: 12-cv-06787 (DMC) (JAD) |

**ANSWER TO CROSS CLAIM OF CO-DEFENDANT, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 711 HEALTH & WELFARE FUND ON BEHALF OF DEFENDANT, HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY**

Defendant Horizon Blue Cross Blue Shield of New Jersey (improperly pleaded as Horizon Blue Cross Blue Shield Insurance Company) ("Horizon") hereby answers the Cross-Claim of Co-Defendant, International Union of Painters and Allied Trades District Council No. 711 Health & Welfare Fund as follows:

18-24. Horizon admits only that it was the claims administrator delegated to make initial claim determinations on behalf of the Co-Defendant, International Union of Painters and Allied Trades District Council No. 711 Health & Welfare Fund, subject to the contractual provisions of an administrative service agreement between Horizon and Co-Defendant, International Union of Painters and Allied Trades District Council No. 711 Health & Welfare Fund. Horizon denies the

remainder of the allegations under the cross-claim of the co-defendant and asserts all previously pled Affirmative Defenses.

Further, Horizon submits that co-defendant's cross-claims are contractually barred pursuant to the provisions of the administrative service agreement.

**WHEREFORE**, Horizon demands judgment in its favor and against Co-Defendant dismissing Co-Defendant, International Union of Painters and Allied Trades District Council No. 711 Health & Welfare Fund's, Cross-Claim with prejudice and for an award of attorney's fees and costs.

CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
*Attorneys for Defendant*
*Horizon Blue Cross Blue Shield*
*of New Jersey*

BY: _____
Christopher Abatemarco, Esquire

DATED: 3-4-14

## CERTIFICATE OF SERVICE

I, Christopher Abatemarco, of full age, hereby certify that the within Answer to Cross-Claims has been electronically filed with the Clerk within the time and in the manner prescribed by the Rules of Civil Procedure and that a copy of the within pleading has been served this date, via email upon:

> Andrew Bronsnick, Esq.
> Massood & Bronsnick, LLC
> 50 Packanack Lake Road East
> Wayne, New Jersey 07470-6663
> *Attorneys for Plaintiffs*
> *North Jersey Surgery Center a/s/o R.D.*

> Steven J. Bushinsky, Esq.
> O'Brien, Belland & Bushinsky
> 1526 Berlin Road
> Cherry Hill, NJ 08003
> *Attorneys for Defendant,*
> *International Union of Painters and Allied Trades District Council No. 711*
> *Health & Welfare Fund*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Christopher Abatemarco

DATE: 3-4-14

3082536-1