**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

March 10, 2014

## LETTER ORDER

Re:   **North Jersey Surgery Center v. Horizon Blue Cross Blue Shield of New Jersey, et al.**
      **Civil Action No. 12-6787 (DMC)**

Dear Counsel:

As discussed during the status telephone conference held in the above-captioned matter earlier today, fact discovery is hereby extended through **April 25, 2014**.   Additionally, the Court shall hold a status telephone conference on **April 28, 2014 at 10:30 A.M.**   Counsel for Plaintiff is directed to initiate the call.

**IT IS SO ORDERED.**

                                                   s/ James B. Clark, III
                                                   **JAMES B. CLARK, III**
                                                   **United States Magistrate Judge**