| | **MASSOOD & BRONSNICK, LLC** | PARALEGALS |
|---|---|---|
| JOSEPH A. MASSOOD | | ELIZABETH BABITSCH |
| ANDREW R. BRONSNICK °* | COUNSELLORS AT LAW | DARA K. SIERRA |
| | | JOELLE DE AMORIN |
| BRENDAN H. MORRIS ^ | 50 PACKANACK LAKE ROAD EAST | MARIA G. BARONE |
| KIMBERLY A. KOPP | Wayne, New Jersey 07470-6663 | ALICIA GREENE |
| SUSAN M. MADAR | (973) 696-1900 | MICHELE LOFFREDO |
| MICHAEL T.MADAIO ^ | Fax (973) 696-4211 | |
| NOEL SANTORELLI ^ | | GALESI OFFICE |
| | Email: ABRONSNICK@MASSOODLAW.COM | 30 Galesi Drive, Suite 304 |
| °Certified by the Supreme Court of | | Wayne, NJ 07470 |
| New Jersey as a Civil Trial Attorney | | 973-837-8880 |
| | | 973-837-8550-f |
| *NJ, NY, DC and MD Bars | | Email:pipfile@massoodlaw.com |
| ^ NJ and NY Bars | | |

November 11, 2014

**<u>Via CM/ECF</u>**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *North Jersey Surgery Center a/s/o Roseann Dawson v. Horizon Blue*
     *Cross Blue Shield of NJ, et al.*
     *Civil Action No.: 2:12-cv-06787*

Dear Judge Waldor:

  Please be advised the parties have resolved the above-referenced case. With consent of my adversary, we respectfully request entry of a sixty (60) day order dismissing the case without prejudice in light of the proposed settlement.

  Thank you for your consideration of this matter.

            Respectfully,

            ANDREW BRONSNICK, ESQ.

cc: Christopher Abatemarco, Esq. (Via Email)